UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| NATALIE WALLER, JUSTIN RACER, ALEXANDRIA BARLEYCORN, and LA'QUENZA FRETT, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AFNI, INC.<br><br>Defendant. | Case No. 1:20-cv-01080-JES-JEH<br><br>COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b) |

**PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF
FLSA SETTLEMENT AND DISMISSAL WITH PREJUDICE**

Named Plaintiffs Natalie Waller ("Waller"), Justin Racer ("Racer"), Alexandria Barleycorn ("Barleycorn"), and La'Quenza Frett ("Frett"), file this Unopposed Motion for Approval of FLSA Settlement and Dismissal with Prejudice (the "Motion") seeking the Court's approval of the Settlement Agreement and Release, attached hereto as Exhibit 1, along with all exhibits thereto ("Settlement Agreement"). Approval of the proposed Settlement Agreement is further supported by the attached Memorandum of Law. The Parties further state:

1. A *bona fide* dispute exists between Plaintiffs and Defendant.

2. The terms and conditions of the proposed settlement between Named Plaintiffs and Defendant, as defined and described in the Settlement Agreement, are fair, reasonable, and adequate.

3. That the method of allocating a settlement award to Plaintiffs and the Collective Members is fair, reasonable, and adequate.

4. That the attorneys' fees and costs are fair, reasonable, and adequate.

5. The Parties agree to the relief requested herein.

Date:  June 30, 2022                Respectfully submitted,

                                                **STEPHAN ZOURAS, LLP**

By:      */s/ Ryan F. Stephan*
           **Ryan F. Stephan**
           rstephan@stephanzouras.com
           **James B. Zouras**
           jzouras@stephanzouras.com
           **Anna M. Ceragioli**
           aceragioli@stephanzouras.cm
           100 N. Riverside Plaza, Suite 2150
           Chicago, Illinois 60606
           312.233.1550
           312.233.1560 *f*
           Firm ID: 43734

           **ANDERSON ALEXANDER, PLLC**

By:      */s/ Clif Alexander*
           **Clif Alexander** *(Admitted Pro Hac Vice)*
           Texas Bar No. 24064805
           clif@a2xlaw.com
           **Austin Anderson** *(Admitted Pro Hac Vice)*
           Texas Bar No. 24045189
           austin@a2xlaw.com
           819 N. Upper Broadway
           Corpus Christi, Texas 78401
           Telephone: (361) 452-1279
           Facsimile: (361) 452-1284

           ***Attorneys for Plaintiff and Opt-In Plaintiffs***

## **CERTIFICATE OF CONFERENCE**

I hereby certify that I have conferred with Defendant's counsel of record and Defendant is not opposed to the filing of this Motion or the relief requested herein.

                                          */s/ Clif Alexander*
                                          Clif Alexander

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2022, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                          */s/ Clif Alexander*
                                          Clif Alexander